**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-10095 |
| Plaintiff-Appellee, | D.C. No. 4:19-cr-01164-JGZ-EJM-2 |
| v. | |
| JAMES COLE JACKSON, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted August 17, 2022[**]

Before: S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

James Cole Jackson appeals from the district court's judgment and

challenges the 8-month sentence imposed upon revocation of supervised release.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Jackson's counsel has filed

a brief stating that there are no grounds for relief, along with a motion to withdraw

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

as counsel of record.  We have provided Jackson the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.  *See* 18 U.S.C § 3583(e)(3); *United States v. Henderson*, 998 F.3d 1071, 1078 (9th Cir. 2021), *cert. denied*, 142 S. Ct. 810 (2022).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**